PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Violet Berry             Cr.: 2:10CR00547-1
                                                                               PACTS #:55314

Name of Sentencing Judicial Officer: Honorable Dickinson R. Debevoise

Date of Original Sentence: 04/05/11

Original Offense: Theft of Government Funds

Original Sentence: Probation two-year-term; restitution $27,288.00; no new debt; offender shall not liquidate interest in any assets unless it is in direct service of the fine and/or restitution; $100 special assessment.

Type of Supervision: Probation                              Date Supervision Commenced: 04/05/11

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Berry's probation term is scheduled to expire on April 11, 2013, and she has an outstanding restitution obligation of 1,200. The offender has satisfied her special assessment fee, and has been in compliance with the payment schedule. |

U.S. Probation Officer Action:

The probation office recommends that the offender's probation term be allowed to expire on April 11, 2013. The probation office requests the Financial Litigation Unit commence collection of the outstanding financial obligation upon expiration of supervision.

                                                             Respectfully submitted,
                                                             Maureen Kelly
                                                             By: Kellyanne Kelly
                                                                  Senior U.S. Probation Officer
                                                             Date: 01/07/13

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

                                                                         Signature of Judicial Officer

                                                                         Jan 8, 2013
                                                                         Date